# EXHIBIT A

# CERTIFICATE OF CONVICTION

**STATE OF NEW YORK**  
**CHAUTAUQUA COUNTY**

**SILVER CREEK VILLAGE COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

DUSTIN J. POST; Defendant

CASE NO: 13080058

Date of Birth: 02/21/1995  
Date of Arrest: 08/26/2013  
Conviction Date:   /   /  
Disposition Date: 04/02/2014

JC501 no: 66223637H  
NYSID no: 12058456M

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 130.60 02 | PL 130.60 02 | SEXUAL ABUSE 2 | Dismissed | 0.00 | 0.00 | 0.00 |
| PL 130.20 02 | PL 130.20 02 | SEX MISCONDUCT | Probation | 0.00 | 0.00 | 0.00 |

**DNA Fee of $0.00 was paid**

Upon a proper request for an official statement of conviction, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 12th day of May 2020

_____  
Justice Court Clerk

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA