*United States v. Dustin Post*

**20-CR-30-LJV**

# DEFENDANT'S EXHIBIT A




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/28/2020 09:46 EST                                                                                                                                         Page 1 of 4

# HDR/2L01069,MRI0193997 -- ATN/0070694175ICEDHSGOV -- ********************** CRIMINAL HISTORY RECORD ********************** -- ***************************** Introduction *****************************

## Properties

| | |
|---|---|
| **Description** | HDR/2L01069,MRI0193997 -- ATN/0070694175ICEDHSGOV -- ********************** CRIMINAL HISTORY RECORD ********************** -- ***************************** Introduction ***************************** |
| **Source Ori** | WVFBINF00 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

02/28/2020 09:46 EST                                                                                                                Page 2 of 4

## Related Media

**Title**
writeup

**Time added**
12/31/1969 19:00

**Type**
text/plain

```
HDR/2L01069,MRI0193997
ATN/0070694175ICEDHSGOV
*********************  CRIMINAL HISTORY RECORD  *********************

*********************  Introduction  *********************

This rap sheet was produced in response to the following request:

FBI Number              MR5T3XCPL
Request Id
Purpose Code            C
Attention               0070694175ICEDHSGOV

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
MR5T3XCPL Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2020-02-28)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2020-02-28)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2020-02-28)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - -(US; 2020-02-28)


**************************  IDENTIFICATION  **************************
```

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/28/2020 09:46 EST                                                                                         Page 3 of 4

Subject Name(s)

POST, DUSTIN JOHN
POST, DUSTIN J   (AKA)

Subject Description

FBI Number
███████

Social Security Number
███████

| Sex | Race |
|---|---|
| Male | White |

| Height | Weight | Date of Birth |
|---|---|---|
| ███ | ███ | ███ |

| Hair Color | Eye Color | Fingerprint Pattern |
|---|---|---|
| ███ | ███ | ███████████████ (Other) |

| Place of Birth | Citizenship |
|---|---|
| United States | United States |

Fingerprint Images

Photo Images
Photo Image Available
Capture Date                        2019-11-21
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        2019-11-21
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        2019-11-21
(No Photo Image Transmitted  )


************************  CRIMINAL HISTORY  ************************

=============================== Cycle 001 ===============================
Earliest Event Date       2019-11-21
------------------------------------------------------------------------
Arrest Date               2019-11-21
Arrest Case Number
Arresting Agency          NYICE1100 ICE HSI INV BUFFALO
Subject's Name            POST,DUSTIN JOHN

---

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/28/2020 09:46 EST                                                                                           Page 4 of 4

```
Charge                  1
       Charge Literal   6408 - ENTICEMENT OF MINOR FOR INDECENT
                        PURPOSES - VIA TELECOMMUNICATIONS
             Severity   Unknown
************************   INDEX OF AGENCIES   ************************

Agency                  ICE HSI INV; NYICE1100;
Agency Email Address
Address
▇▇▇▇▇▇▇                 250 DELAWARE AVE
                        BUFFALO, NY 14202
▇▇▇▇▇▇▇


* * * END OF RECORD * * * </NLETS>
```

---

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.