DEFENDANT'S
EXHIBIT A

Dustin J. Post
147533A
P.O. Box 496
Lock Port NY 14095

    Your Honor, I have spent 21 mounths in Niagra
County Corrections Facility, I have learned alot during
my stay here; I have learned about Accountability and
Empathy both building a foundation of Understanding
and Remorse.

    In order for me to be held accountable the dictionary
states that I have to explain my actions.

    The crimes that I am to be judged for are two
counts Production and three counts of Child Pornography.

    Production of child pornography is when someone like
myself puts a minor in a position to perform sexual acts;
it is so much more then that as well. I had lied and
manipulated a minor to exploit her causing a trumatic
experience, resulting in constant paranoia and trust issues
and possibly more. I am told victims will always secan
guess every adults intentions and actions; to go threw
this experience alone is horrible. I was both cruel
and thoughtless of the victims. I state this as a reflection
of my issues with my past, to the court because I am
holding myself accounable of my crimes.

- 1

The second crime I need to cover is the possession of child pornography; I've come to understand that this crime is an instigator for most offenders. It shows that, the one who downloads it is supporting the sexual abuse of minors. I am accountable for this as well. The victim in such videos can never hope to escape that horrible past. It is a constant reminder of the pain and suffering they had unwillingly and unconsentually endured, for the selfishness and greed of the adults they had once looked up to.

Further more the effects of my actions do not just stop there, the ripple effect of my choices I have made left my parents and child without me adding stress and fear that is capible of crippling anyone. I now understand that I have abandoned my loved ones for my own selfish satisfaction. This is the truth of my guilt.

Empathy is the ability to understand and share the feeling's of someone els. I am both appaulled and regretful with my decision to hurt my victims, because I do know and understand the confustion and fear they felt now. It makes it that much worse, knowing that I had put innocent minors in this situation. I have caused pain, which cannot be measured by others and I am sorry. I fight myself every day, telling myself that I have no right to self-pity my situation, because I completely understand every aspect of the pain, torment, and fear. I truly wish I could take back the damage.

I wish guilt had the power to turn back the wheel of time to make right my wrong; but I cant. The guilt and remorse I feel will never be enough to make what I did wrong, right again. I struggle living with the fact that I had essentially taken a persons joy and innocence and replaced it with distrust and fear.

I am not the same Dustin Post now as I was back then, I have found God and had converted to Christianity. I spend alot of my time doing bible Correspondence and when COVID-19 hit and the jail shut down, I had even ran my own scripture reading's. I am always trying to teach people about consequences of our choices, and what effect they have on everyone around them. I practice and execute what I was lacking on the outside; (self-control). I have a couple of Certificate's I wish to present to you, I want you to know my rehabilitation has already started and I am continuously working within to help break the chains of recidivism because society deserves better and I will prove myself worthy as a law abiding citizen as well as a father, when I am able to join society with my liberty. To the families involved I apologize and I accept your feelings, but I also accept my wrong doing's today. I ultimately needed help and with God as my witness, I am working towards being better everyday.

Mercy is not something I have a right to ask for, I pray for it everyday tho. When I was first arrested I was upset, all I did for the week befor was talk to the →

Home Land Security Agents waving all my rights with only one thing in mind; receiving help so I can hopefully live one day without the dirty thoughts that pass threw my minds eye. Durring my arrest one of the Agents had asked me if I thought I diserved to get punished for my crimes as well a receiving help; I do diserve to be punished fairly and rightously; I expect it; I still hope more for the actual help I need so one day if I do get out, I can be a good member of society. I've even thought of creating programes for other sexual deveants and sexual immoral people; to try and stop the cycle of abuse. I want a chance to do better, and to help thoes who struggle.

I was always told "I'm Sorry" means I will do my best to not do that again, I am sorry and I will never do anything like this again; Forgive me and please show mercy. Thank you for your time.

Dustin J. Post

DEFENDANT'S
EXHIBIT B

Judge Vilardo:

My name is Randy Truax and I am writing to you on behalf of Dustin Post. Dustin calls me dad and I think of him as my son. He refers to my partner of 29 years as "ma".

I met Dustin around his 18th birthday. He was in a work program and I was his supervisor. He was living in a homeless shelter because his birth mother threw him out of the house. We bonded very quickley. Dustin was a very smart and friendly young man. He had personal hygeine problems so I had to pull him aside and talk to him. He informed me he had never been taught to brush his teeth and that his birth mother always told him bathing was bad for the skin and that regular bathing would cause harm to the body.

After much talking and reassurance my partner and I convinced him that was all false.

He started coming to my house to shower and do laundry. While at my house I noticed that Dustin's maturity level was below normal. He loved watching the Disney Channel, the shows with real people. When I questioned him he said that is how he learns to talk to people. He said he knew he wasn't smart and wanted to learn what to say to people. His school attendance was very poor and he was no longer in school. His social skills were below normal. He was probably interacting with people at a 15 to 16 year old level. He was trying very hard to fit in and do what he thought people wanted him to do. When I asked him why he thought his social skills were behind he replied that he was not around older people and that he was always watching his younger siblings.

After working with him for 2 weeks he got his first paycheck

He was so excited. He asked if I
Would take him to the bank so he
Could cash it Of Course, I did
then he asked if I Would take
him to his birth mothers house.
I took him and waited in my
Vehicle. He came out about 15 minutes
later, thanked me, then asked if
I Could buy him a Cup of Coffee. I
said no, You just got paid you
Can buy your own. He said he
had no money because he gave
it all to his birth mother. When
asked why he said he always
gives her his money for his siblings.
I was like she threw you out of
the house and you are homsless,
you need your paycheck this reply
Was there was never enough food
in the house When he lived there
and he didn't want his siblings
to go hungry. I was beyond words.
After questioning him further, I
learned his birth mother Was
getting quite a bit of money. She
Worked part time at Walmart,
got public assistance, was receiving
Social Security for one Child that she

says was disabled. Which I think is a scam but can not prove it. Her husband had an income, plus her sister lived there on public assistance and was the paid baby sitter by the County. He gave his next paycheck to her also.

I finally convinced him that she was receiving enough money and he should keep his paychecks. I told him he needed to start saving his money because the shelter was temporary and he would have to find a place to live. He had no idea what a checking account was or anything.

We decided to open an account that is when I discovered he had no formal I.D. His birth mother did not want to surrender his Social Security Card but finially did. I helped him get his birth Certificate so he could get a NYS issued I.D. His birth Certificate had no father listed so I asked if he knew who his biological father was. He had no idea. I asked if he would like to know and he said yes.

Once again go to his birth mother and she replied she wasn't sure because she was part of a commune then. When pressed farther her response was well there was a ritual or ceremony going on so it is one of 27 men. I was overwhelmed by that information. After pressing her further we did get a name. I tracked him down and took Dustin to meet him. Come to find out he had been paying Child Support all this time. Dustin had no idea. Meeting his birth father was good at first but he soon stopped contacting Dustin and I have had no contact with his birth father since he was arrested.

I told Dustin that the Child support payments that were left should be his not his birth mothers. After some fighting she finally turned the remaining payments over to Dustin.

Dustin continued working with my tight supervision. His work ethic was not the best but if I kept on him he did OK.

With our help he saved enough money and found an apartment with 3 other people. He did O.K but had no idea how to live with other people where things were expected of him.

Dustin is easily influenced by people. I kept trying to explain to him he wanted to do better than where he came from. He said he wanted to but always felt he wasn't good enough for us or our "World". That is when he said he wished we would have been his parents. That is when he started calling me dad. I did look into adopting him legally but did not have the money at the time.

The apartment did not work out so then he moved in with my partner and myself. It was definately a challange for all of us.

He came a long way in this time. He had chores, curfew, etc. We helped him get his drivers license so we didn't have to always take him and pick him up at work. He was so proud of his license.

I apologize for the change of paper
the other one ran out.

He was by no means an angel
through all this. He got fired from
the job with me. He always seemed
to pick the wrong people to hang
out with. Either they or his girlfriend
would convince him to call off or
make him late etc.

I tried to monitor who he was
with but felt I didn't have the
right. I realize now that was my
mistake. I had feelings these people
were not good.

By this time Dustin's son was
born. He was no longer with his (the baby's)
mother. While Dustin was living
with us we had his son quite often.
Dustin was a proud dad. He loves
his son with all his heart and
misses him terrible. After his son
was born Dustin's birth mother started
contacting him again. She was always
wanting to see the baby and needed
money for food. Dustin came to
me and said his birth mother needed
300°° for food. He didn't have that much
money.

I told him I would not give her
the money, but if she gave me a list
of food I would be more than happy
to get it and drop it off. That
wouldn't work for her. She finally
stopped asking after about 6 times.

I relented in letting Dustin
take the baby to her house. We arrive
and as I walk in the door I was just
shocked. It was filthy, smelled and was
unbelievable. I pulled Dustin aside and
told him he had 1 hour then I was
coming back for them. They invited me
to stay but I would not go farther then
the entrance. I never allowed the baby
over there again.

Dustin was against the odds from
the beginning. That is what I am trying to
show. His birth mother "gave away"
her first 4 children to family and
whoever, Dustin being one of them.
He was given to an aunt at the age
of 4 or so. She made him sleep in
the closet that he would urinate
in. She beat him with a bible and
the verbal and emotional abuse. I have
dug into Dustins past and talked to people.

The person who baby sat Dustin and
his Cousins while at the Aunts house
told me they had to seperate them
because his 11 and 12 year old female
Cousins were always taking his clothes
off and laying on top of him. Dustin
says he doesnt remember it but there
is a lot he doesnt remember. I believe
the babysitter because he said his
mother was just beside herself and
didnt like watching all 3. She told the
aunt but she did nothing.

Dustin remembers taking baths with
an older man. Doesnt remember who it
was or if anything happened. He says his
mother was in the room. There are
big gaps in his childhood memories.

His biggest mistake is his now
ex-wife Jessica. He totally changed when
he got with her. I do believe that
is when he got back into drugs.

I do not want to say bad
things about young people but I
was part of some conversations with
Dustin and Jessica.

Jessica's younger sister who is part
of this case for example. Jessica said to
me "My little sister wants to sleep with

Dustin. She is only 14 but has been having sex since she was 12. She prefers older men, she is such a little slut." I was very shocked by the statement, but Jess is her sister.

Then Dustin came to me the one day and said Jesseca's little sister took my brothers Virginity because she couldn't have me. I thought he was Kidding, I asked does your mom know? He replied yes, and said she slapped the brother for not Wearing a Condom. His brother was 12 I believe. I told Dustin We had to report it to Authorities. He didn't Want his birth mother to Know if he reported it. Jesseca asked me not to report it. I had Dustin Call his old Counsler and tell him because I Knew he would have to report it.

I Know it was investigated but that is all I Know. I remember Dustin saying how relentless the sister was even Jesseca Was upset and Stopped talking to the sister.

Dustin Was totally Wrong in What he did, but to be honest I think his exWife had a roll in it.

this ex wife is also related
to another Victim. After he was
arrested she told us that she
knew about all of it for months
but never said anything to anyone.
    When homeland Security came
and took his Computer etc. she
Convinced him not to tell us
And when they took him for
the interview she said nothing
to us.
    If I would have known
any of this I would have made
him turn himself in. What he
did was horrible and yes he deserved
to be punished. No one has ever
reached out to us to talk to us.
When I read the probation report
I was in shock noone had reached
out to us. They interviewed his
brother Andrew which is a joke.
Andrew has more problems than
Justin, did not grow up with
Justin and has been in trouble
With the law more than Justin.
He like his mother are pathological
liers. Excuse my bluntness.

Dustin was let down by his birth family and the system. His birth mother has no idea on how to be a parent. Social Services has been called to that house numerous times. I have talked with ex Social Workers that have been there over the years. They can't give specifics but they all agree the children should have been removed. I have seen the twin girls outside in the summer naked the boys in just underwear. I have seen and smelled that house. If there is any justice someone will step up and get those kids out of there.

They keep trying to see Dustins son. But his mother and I agree that they should have no contact with him. I am very active in his sons life and will protect him from that family with my last breath.

Dustin did wrong and needs to be punished. He now has someone in his life that cares for him. I consider him my son and refer to him as that. I had a very hard

time dealing with what he did.
I blame myself not knowing
what was going on. I should have
somehow known. I should have
been more alert.

I believe because of his child had
his sense of right + wrong was
somewhat warped. The influence of
his exwife was tremendous.

My partner and I talk to him
everyday. Because of Covid we have
only been able to visit him 3 times.

He has matured and has come
to understand a lot. He is
trying to better himself and find
meaning in his life.

It has been a long road to
say the least. Dustin will always have
us in his life. We will be here to
guide and help him. Unfortunately
I am 53 and my partner is 65
and a Cancer survivor. We would
love to be able to spend the last years
of our lives with our son and
Grandson. Odds are against us I
know, A 25 year sentence would put
me at 78 and my partner at 90.

That thought of never being able to hold my son again is unbearable. He never had love as a child and when he got it he made bad choices and through it away. It would be a gift if maybe We could spend maybe 5 years as a family.

If We Cant be a family on the outside then Could I ask you to please Send him to a facility Close by? We are getting older and We Cant drive hours and hours to see him. That Would be unbearable.

My last request. If he is sentenced and We die, is there any way he Could Come to the funeral? He thinks We are going to live forever but We keep telling him not likely.

The odds are We will die before he gets out, the thought of him Not being able to say good bye is more than I Can bear.

I appreciate your time and
patience. I apologize for the length
of the letter and for running
out of paper.

We love Dustin with all
of our hearts. I wish I would
have gotten him earlier in his
life, maybe I could have changed
things.

He has a beautiful son who is
now 5 years old.

Thank you again for your time.

Sincerely

Randy Truax

DEFENDANT'S
EXHIBIT C



# CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Dustin Post

HAS SUCCESSFULLY COMPLETED

## WHO ARE YOU?

*Lisa Blystra*

Lisa Blystra
President & CEO, Crossroads

November 19, 2020

Date

DEFENDANT'S
EXHIBIT D

NIAGARA FALLS
1522 Main Street
Niagara Falls, NY 14305
TEL: 716-285-6984
FAX: 716-285-0831

LOCKPORT
57 Canal Street, Suite 102
Lockport, NY 14094
TEL: 716-433-6019
FAX: 716-285-0831



**Pinnacle**
Community Services

pinnaclecs.org

March 6, 2020

To Whom It May Concern,

RE: Dustin Post (DOB: ███████)

Pinnacle Community Services is offering parenting classes to the inmates at Niagara County Jail.  This letter is being sent to confirm that Dustin Post has voluntarily attended 6 out of the last 8 parenting classes that have been offered at NC Jail.  He has been cooperative and attentive.  He actively participates in the classes.

If you need any additional information, please do not hesitate to reach me at (716) 285-6984 x.217.

Respectfully submitted,

Suzanne D. Cassick, LMSW

Program Supervisor

*Formerly Family & Children's Service of Niagara*

*Side by Side, Step by Step... we strengthen our community by supporting and empowering individuals and families on their journey.*

DEFENDANT'S
EXHIBIT E

# Certificate

This certifies that

*Dustin John Post*

has satisfactorily completed the Lamp and Light Bible course

**STEPPINGSTONES TO GOD**

having earned a grade of

88%

*"Continue thou in the things which thou hast learned and hast been assured of" (2 Timothy 3:14).*



_____          _____
Director                                                      Teacher

March 17, 2021

Lamp and Light Publishers, Inc., 26 Road 5577, Farmington, NM 87401 USA

# Certificate

This certifies that

*Dustin John Post*

has satisfactorily completed the Lamp and Light Bible course

## STEPPINGSTONES TO GOD

having earned a grade of

88%

*"Continue thou in the things which thou hast learned and hast been assured of." (2 Timothy 3:14).*



_____
Director

March 17, 2021

_____
Teacher

Lamp and Light Publishers, Inc., 26 Road 5577, Farmington, NM 87401 USA

12008/4-20



Certificate

This certifies that

Dustin John Post

has satisfactorily completed the Lamp and Light Bible course

The First Step

having earned a grade of

86%

"Continue thou in the things which thou hast learned and hast been assured of." (2 Timothy 3:14).

_____        _____
Director                    January 7, 2021         Teacher

Lamp and Light Publishers, Inc., 26 Road 5577, Farmington, NM 87401 USA                    120084-20



## Certificate

This certifies that

*Dustin John Post*

has satisfactorily completed the Lamp and Light Bible course

*The First Step*

having earned a grade of

86%

*"Continue thou in the things which thou hast learned and hast been assured of." (2 Timothy 3:14).*

_____
Director

_____
Teacher

January 7, 2021

Lamp and Light Publishers, Inc., 26 Road 5577, Farmington, NM 87401 USA

DEFENDANT'S
EXHIBIT F



# Lamp and Light Publishers, Inc.

26 Road 5577
Farmington, NM 87401-1436 USA

Phone: 505-632-3521
Fax: 505-632-1246

*"Thy Word is a lamp unto my feet, and a light unto my path."*     *—Psalm 119:105*

April 19, 2021

To Whom It May Concern:

This is to certify that Mr. Dustin John Post 147533a, (student number 712065), NCCF, Lockport, NY, has been credited by the staff of Lamp and Light Publishers, Inc. to be a dedicated and faithful student of their Bible correspondence courses.

Mr. Post has completed tests in the following courses with the following satisfactory averages.

| Course Name | Grade Average | Date Completed |
|---|---|---|
| *The First Step* | 86% | 1/7/2021 |
| *Steppingstones to God* | 88% | 3/17/2021 |

We count it a privilege to have Mr. Post included in our student body since 2020.

Respectfully,

Stan Miller English Correspondence Department